UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER,<br><br>                Plaintiff,<br><br>       v.<br><br>JERI SHEPHERD, et al.,<br><br>                Defendants. | Case No. CV 14-4452 R(JC)<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the Second Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

   IT IS SO ADJUDGED.

   DATED: September 13, 2016

   _____
   HONORABLE MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE